

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Edwin Gomez Infante

**Plaintiff,**

V.

See Attachment

**Defendant.**

**Civil Action No.**  26-cv-2554-LL-MSB

# JUDGMENT IN A CIVIL CASE

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS Petitioner's Amended Petition for a Writ of Habeas Corpus. This case is hereby closed.

**Date:**  6/5/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  B. Chandler

B. Chandler, Deputy

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.**  26-cv-2554-LL-MSB

Respondents:

Christopher J. LaRose Senior Warden,
Otay Mesa Detention Center;

Todd Blanche,
Acting United States Attorney General;

Markwayne Mullin,
United States Secretary of Homeland Security;

Todd M. Lyons,
Acting Director of Immigration and Customs Enforcement;

Patrick Divver,
San Diego Field Office Director, Immigration and Customs Enforcement;

Christopher J. LaRose,
Senior Warden, Otay Mesa Detention Center